**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | No. _____ |
| | ) | |
| Plaintiff, | ) | **18 U.S.C. § 1344** |
| | ) | (Bank Fraud) |
| v. | ) | |
| | ) | NMT Thirty Years Imprisonment |
| **DONALD B. DAWSON**, | ) | NMT $1,000,000 Fine |
| [DOB: 03/14/1960], | ) | NMT Five Years Supervised Release |
| | ) | Class B Felony |
| Defendant. | ) | |
| | ) | $100 Special Assessment |
| | ) | |
| | ) | Restitution May Be Ordered |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### Introduction

At all times material herein:

1. Defendant DONALD B. DAWSON was employed as the Director of National Electrical Contractors Association (NECA) from 1992 until July of 2004. As director of NECA, DONALD B. DAWSON was also given organizational responsibilities of the Alliance of Professional Specialty Contractors (APSC), including managing the sole APSC bank account.

2. APSC maintained its checking account at U.S. Bank, Kansas City, Missouri (previously Firstar Bank). At all times material to this information, the financial institution of U.S. Bank was FDIC insured by the United States Government. The name of the APSC account at U.S. Bank was Alliance of Professional Specialty Contractors, and the account number was 101000187.

3.      The five-member APSC board of directors met regularly to discuss various issues including how to disburse APSC funds.  Disbursements from the APSC bank account were discussed and approved by the APSC board.

4.      DONALD B. DAWSON was not on the APSC board and was not a signatory on the APSC account.  At all times material to this Information, the then president of APSC, William Heck, had signatory authority on the APSC account.

5.      DONALD B. DAWSON's duties as the manager of the APSC bank account were to reconcile the account; to prepare and present a financial report regarding the APSC account at the APSC board meetings; to write and mail the approved checks on behalf of the APSC board; and to complete the APSC board meeting minutes.  DONALD B. DAWSON was not entitled to any compensation from the APSC for his duties as manager of the account.

**Purpose of the Scheme and Artifice**

6.      Between on or about March 25, 2002, and continuing through on or about January 13, 2004, in the Western District of Missouri, and elsewhere, defendant DONALD B. DAWSON knowingly executed and attempted to execute a scheme and artifice and to obtain money, funds, and credits and other property that was under the custody and control of the U.S. Bank, Kansas City, Missouri, by means of material false and fraudulent pretenses, representations, and promises.

7.      It was a part of the scheme that defendant DONALD B. DAWSON, wrote approximately 71 unauthorized checks, totaling $95,721.56, drawn on the APSC account made payable to "Donald B. Dawson", without the approval or knowledge of the APSC board of directors.  The 71 unauthorized checks issued to DONALD B. DAWSON are as follows:

|   | CHECK NO. | DATE OF CHECK | CHECK CLEAR DATE | AMOUNT |
|---|---|---|---|---|
| 1 | 1179 | 03/25/02 | 03/27/02 | $ 2,654.63 |
| 2 | 1180 | 04/03/02 | 04/04/02 | $ 3,142.34 |
| 3 | 1183 | 05/09/02 | 05/14/02 | $ 3,314.24 |
| 4 | 1189 | 05/29/02 | 05/30/02 | $ 2,982.32 |
| 5 | 1190 | 06/10/02 | 06/11/02 | $ 463.09 |
| 6 | 1191 | 06/10/02 | 06/11/02 | $ 347.32 |
| 7 | 1192 | 07/03/02 | 07/08/02 | $ 1,406.12 |
| 8 | 1193 | 07/03/02 | 07/08/02 | $ 2,302.15 |
| 9 | 1194 | 07/08/02 | 07/10/02 | $ 942.33 |
| 10 | 1195 | 07/08/02 | 07/10/02 | $ 542.65 |
| 11 | 1196 | 07/16/02 | 07/17/02 | $ 1,214.91 |
| 12 | 1201 | 07/22/02 | 07/24/02 | $ 986.27 |
| 13 | 1202 | 08/07/02 | 08/08/02 | $ 917.43 |
| 14 | 1203 | 08/07/02 | 08/08/02 | $ 812.54 |
| 15 | 1205 | 08/21/02 | 08/23/02 | $ 3,214.18 |
| 16 | 1206 | 09/09/02 | 09/10/02 | $ 3,456.12 |
| 17 | 1210 | 10/02/02 | 10/04/02 | $ 2,687.19 |
| 18 | 1211 | 10/18/02 | 10/21/02 | $ 1,613.76 |
| 19 | 1212 | 10/25/02 | 10/29/02 | $ 1,823.78 |
| 20 | 1213 | 11/06/02 | 11/08/02 | $ 2,103.43 |
| 21 | 1222 | 11/20/02 | 11/22/02 | $ 2,823.96 |
| 22 | 1223 | 12/15/02 | 12/23/02 | $ 842.35 |
| 23 | 1224 | 12/19/02 | 12/23/02 | $ 798.12 |
| 24 | 1229 | 03/19/03 | 03/21/03 | $ 1,302.14 |
| 25 | 1230 | 03/18/03 | 03/21/13 | $ 942.18 |

|    | CHECK NO. | DATE OF CHECK | CHECK CLEAR DATE | AMOUNT |
|----|-----------|---------------|------------------|--------|
| 26 | 1231 | 03/28/03 | 04/02/03 | $ 1,483.56 |
| 27 | 1232 | 03/28/03 | 04/01/03 | $ 1,560.23 |
| 28 | 1233 | 03/28/03 | 04/08/03 | $    952.30 |
| 29 | 1234 | 03/31/03 | 04/03/03 | $ 1,398.20 |
| 30 | 1235 | 03/31/03 | 04/03/03 | $ 1,845.34 |
| 31 | 1236 | 04/08/03 | 04/09/03 | $    948.36 |
| 32 | 1237 | 04/07/03 | 04/09/03 | $    910.23 |
| 33 | 1238 | 04/11/03 | 04/15/03 | $    912.76 |
| 34 | 1239 | 04/10/03 | 04/15/03 | $    921.87 |
| 35 | 1240 | 04/14/03 | 04/15/03 | $    716.32 |
| 36 | 1243 | 04/18/03 | 04/21/03 | $    859.23 |
| 37 | 1244 | 04/22/03 | 04/29/03 | $    857.45 |
| 38 | 1246 | 04/22/03 | 04/25/03 | $ 1,236.05 |
| 39 | 1248 | 04/23/03 | 04/29/03 | $ 1,345.19 |
| 40 | 1249 | 04/23/03 | 04/29/03 | $ 1,358.23 |
| 41 | 1251 | 04/25/03 | 04/29/03 | $ 1,807.23 |
| 42 | 1254 | 04/25/03 | 04/29/03 | $ 1,103.76 |
| 43 | 1253 | 04/25/03 | 05/01/03 | $ 1,765.34 |
| 44 | 1252 | 04/25/03 | 05/03/03 | $ 1,932.56 |
| 45 | 1256 | 05/05/03 | 05/08/03 | $ 1,430.34 |
| 46 | 1257 | 05/05/03 | 05/08/03 | $ 1,543.65 |
| 47 | 1258 | 05/06/03 | 05/09/03 | $ 1,423.98 |
| 48 | 1266 | 05/27/03 | 06/02/03 | $ 1,546.20 |
| 49 | 1271 | 06/30/03 | 07/08/03 | $ 1,235.98 |
| 50 | 1272 | 06/30/03 | 07/11/03 | $ 1,154.34 |

|    | Check No. | Date of Check | Check Clear Date | Amount |
|----|-----------|---------------|------------------|--------|
| 51 | 1277 | 08/19/03 | 08/21/03 | $ 953.24 |
| 52 | 1274 | 08/25/03 | 09/04/03 | $ 859.76 |
| 53 | 1275 | 08/22/03 | 09/02/03 | $ 976.34 |
| 54 | 1279 | 09/11/03 | 09/16/03 | $ 842.03 |
| 55 | 1280 | 09/12/03 | 09/16/03 | $ 754.90 |
| 56 | 1283 | 09/19/03 | 09/23/03 | $ 876.43 |
| 57 | 1284 | 09/25/03 | 09/29/03 | $ 1,234.76 |
| 58 | 1285 | 09/24/03 | 09/29/03 | $ 1,198.32 |
| 59 | 1286 | 09/26/03 | 10/01/03 | $ 987.21 |
| 60 | 1288 | 10/16/03 | 11/04/03 | $ 1,083.24 |
| 61 | 1294 | 11/03/03 | 11/06/03 | $ 1,203.67 |
| 62 | 1295 | 11/04/03 | 11/12/03 | $ 1,125.35 |
| 63 | 1296 | 11/06/03 | 11/12/03 | $ 956.23 |
| 64 | 1304 | 12/19/03 | 12/23/03 | $ 896.23 |
| 65 | 1305 | 12/19/03 | 12/23/03 | $ 945.34 |
| 66 | 1306 | 12/22/03 | 12/24/03 | $ 825.63 |
| 67 | 1307 | 12/29/03 | 01/02/04 | $ 610.55 |
| 68 | 1308 | 12/30/03 | 01/06/04 | $ 875.90 |
| 69 | 1309 | 12/31/03 | 01/06/04 | $ 910.54 |
| 70 | 1310 | 12/31/03 | 01/06/04 | $ 752.32 |
| 71 | 1312 | 01/12/04 | 01/13/04 | $ 987.23 |
| Total |  |  |  | **$ 95,721.56** |

8. It was further a part of the scheme that defendant DONALD B. DAWSON, who did not have signatory authority on the APSC account, forged the signature of the APSC

5

president, William Heck, who did have signatory authority on the APSC account, on each of these 71 checks.

9. It was further a part of the scheme that, DONALD B. DAWSON deposited the funds from the 71 checks into his personal checking accounts at UMB Bank and Community Federal Bank.

10. It was further a part of the scheme that defendant DONALD B. DAWSON covered his fraud against APSC and U.S. Bank by creating false Excel financial reports, for the APSC board to review, that did not disclose the disbursement of the unauthorized checks DONALD B. DAWSON wrote to himself.

11. It was further a part of the scheme that defendant DONALD B. DAWSON covered his fraud against APSC and U.S. Bank by fraudulently causing funds to be transferred into the APSC bank account from an account belonging to the Labor Management Cooperative Committee (LMCC).

12. As a result of the scheme, defendant DONALD B. DAWSON fraudulently caused U.S. Bank to disburse $95,721.56 of APSC funds to checking accounts held by DONALD B. DAWSON at UMB Bank and Community Federal Bank.

### COUNT ONE
(Bank Fraud)

The Government realleges and incorporates by reference, the allegations in paragraphs one (1) through twelve (12) of this Information.

On or about January 12, 2004, in the Western District of Missouri, and elsewhere, defendant DONALD B. DAWSON knowingly executed and attempted to execute a scheme to

defraud and to obtain money and funds under the custody and control of a federally-insured financial institution, that is the U.S. Bank, Kansas City, Missouri, whose accounts were and are insured by the Federal Deposit Insurance Corporation, by means of material false and fraudulent pretenses, representations and promises, by drafting a check without proper authorization or approval for his personal benefit and forging the signature thereon, that is, defendant wrote check number 1312 on the U.S. Bank account of APSC, dated January 12, 2004, in the amount of $987.23, payable to "Donald B. Dawson", and forging the signature of William Heck, thereby by causing U.S. Bank to disburse funds to the bank account of DONALD B. DAWSON.

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL.

5/6/08
DATE

/s/ Russell Burditt AS
FOREPERSON OF THE GRAND JURY

/s/ Roseann A. Ketchmark
Roseann A. Ketchmark
Assistant United States Attorney